# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER McILROY-MITCHELL, INDIVIDUALLY AND AS TRUSTEE FOR THE ERIC MITCHELL AND JENNIFER McILROY-MITCHELL REVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 19cv0649-MMA-MDD<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On December 2, 2019, the parties filed a stipulation to extend the discovery AND pretrial motions deadlines. (ECF 14). Good cause appearing, **IT IS HEREBY ORDERED**:

1. All discovery, including expert discovery, shall be completed by all parties by **March 2, 2020**. Completed means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that responses thereto will be due on or before the cutoff date. All subpoenas issued for discovery must be returnable on or before the discovery cutoff date. All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to

the dispute occurred. The parties are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a). The parties are to comply with the chambers rules of the Magistrate Judge in bringing discovery before the court.

2. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

3. All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **April 2, 2020**.[1] Counsel for the moving party must obtain a motion hearing date from Judge Anello's law clerk. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

4. If appropriate, following the filing of an order ruling on a motion for summary judgment or other dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 8, supra, Judge Anello will issue a pretrial scheduling order setting a pretrial conference, trial date, and all related pretrial deadlines. The parties must review and be familiar with Judge Anello's Civil Chambers Rules, which provide additional information regarding pretrial scheduling.

5. A Mandatory Settlement Conference will be conducted on **March 13, 2020** at **9:30AM** in the chambers of Magistrate Judge Mitchell D. Dembin. Counsel or any party representing himself or herself must submit confidential settlement briefs directly to the magistrate judge's chambers by **March 4, 2020**. All parties are ordered to read and fully comply with the Chambers Rules of the assigned Magistrate Judge.

6. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

---

[1] This deadline is not applicable to pretrial motions *in limine*. For further information regarding motions *in limine*, please refer to Judge Anello's Civil Chambers Rules.

2
19cv0649-MMA-MDD

7. The dates and times set forth herein will not be modified except for good cause shown.

8. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum will exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

9. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: December 8, 2019

Hon. Mitchell D. Dembin
United States Magistrate Judge