UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCILROY-MITCHELL, INDIVIDUALLY AND AS TRUSTEE FOR THE ERIC MITCHELL AND JENNIFER MCILROY-MITCHELL REVOCABLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-cv-00649-MMA-MDD<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>[Doc. No. 22] |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the joint motion, and orders this matter **DISMISSED** in its entirety, **with prejudice**, in accordance with the terms set forth therein. Each party shall bear its own fees and costs. The Court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: April 10, 2020

_____

MICHAEL M. ANELLO

United States District Judge